Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
208 Pine St
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DEANNA MARTINDALE**　　　　　　　　　　　6:13-CV-01017-TC

　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　ORDER FOR EAJA
　　v.　　　　　　　　　　　　　　　　　　　　ATTORNEY FEES

**Commissioner of Social Security**,

　　　　Defendant.

---

　　　　Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $8,818.14. Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 139 S. Ct. 2521 (2010), payment of this award shall be made payable to Plaintiff's attorney:

Alan Stuart Graf, PC, 208 Pine St., Floyd VA 24091.

　　　　It is so ORDERED

　　　　Dated this 23 day of February, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States [Magistrate] District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1